

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

June 20, 2008



**FILED**

**JUL 2 3 2008**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

California Southern District Court
4290 Edward J. Schwartz Federal Bldg.
880 Front Street, San Diego CA 92101

Re:    Transfer of Our Case No.   SACR94-00080LHM

Assigned Your Case No. _____

Case Title:   USA v. Michael Ohly

Dear Sir/Madam:

☒    Enclosed are the original and one copy of Probation Form 22, Transfer of Jurisdiction, in the above-entitled matter which has been approved by this court.  Please present them to your court for approval.

Upon approval, please return the **original** to this office and we will send you the necessary documents from our file.  If you assign a case number at this time, please indicate same on the copy of this letter and return that also.

☐    Transfer of probationary jurisdiction to your district having been approved in the above-entitled matter, enclosed are the certified copies of:  1) indictment/information, and 2) judgment and probationary order.

Please acknowledge receipt of these documents on the copy of this letter and return to this district.

Sincerely,

Clerk, U.S. District Court

By   Dodjie Gargantos
Deputy Clerk

cc:    Probation Office, Central District of California
       Probation Office, District of Origin

========================================================================
### Acknowledgment of Receipt

Receipt is hereby acknowledged of the enclosures referred to above.

Clerk, U.S. District Court

_____          By _____
Date                                 Deputy Clerk

CR-22 (01/01)          **TRANSMITTAL LETTER - PROBATION TRANSFER OUT**

PROB 22
(Rev. 2/88)

## TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| SACR 94-00080-LHM |

DOCKET NUMBER *(Rec. Court)*

08cr 7038-IEG

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Michael Ohly<br>11468 Avenger Road<br>San Deigo, CA 92126 | Central District of California | Santa Ana |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Honorable Linda H. McLaughlin |

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>09/13/2004 | TO<br>09/12/2009 |
|---|---|---|

OFFENSE
21 USC 846, 841 (a)(1): Conspiracy to Manufacture and Distribute Methamphetamine

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   **Central**   DISTRICT OF   *CALIFORNIA*

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   SOUTHERN DISTRICT OF CALIFORNIA   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

JUN 1 7 2008
_____
Date

_____
CHIEF   *United States District Judge*

ALICEM...H S. CHIN

*This sentence may be deleted in the discretion of the transferring Court.

---

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   **Southern**   DISTRICT OF   **California**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/30/08
_____
Effective Date

_____
*United States District Judge*

AKA: Ohly, Michael Pardo

**United States District Court**
**Central District of California**

UNITED STATES OF AMERICA vs.    Docket No. CR - 94-80-LHM

Defendant's Name  Michael Richard Ohly    Social Security No  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

& Residence  Metropolitan Detention Center
Address  535 North Alameda Street    Mailing Address  468 Palm Avenue
Los Angeles, CA 90012    Coachella, CA 92236

---

### JUDGMENT AND PROBATION / COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date

| MONTH | DAY | YEAR |
|---|---|---|
| Feb. 26, 1996 |

**COUNSEL**  ☐ WITHOUT COUNSEL  However, the Court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel

☒☒ WITH COUNSEL  C. Thomas McDonald
(Name of Counsel)

**PLEA**  ☒☒ GUILTY, and the Court being satisfied that there is a factual basis for the plea  ☐ NOLO CONTENDERE  ☐ NOT GUILTY

**FINDING**  There being a finding / verdict of ☐ GUILTY, defendant has been convicted as charged of the offense(s) of
21 USC 846, 841(a)(1): Conspiracy to Manufacture and Distribute Methamphetamine
(Count 1), Class A Felony

**JUDGMENT AND PROB./ COMMITMENT ORDER**  The Court asked whether defendant had anything to say why judgment should not be pronounced Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 151 months as to Count I of the Indictment. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of five years under the following terms and conditions:
1.  The defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318;
2.  The defendant shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. The defendant shall abstain from using illicit drugs and alcohol, and abusing prescription medications during the period of supervision;
3.  If the amount of any mandatory assessment, imposed by this judgment remains unpaid at the commencement of the term of community supervision, the defendant shall pay such remainder as directed by the Probation Officer.
Pursuant to Section 5E1.2(f) of the Guidelines, all fines are waived, including the costs of imprisonment and supervision, as it is found that the defendant does not have the ability to pay.

It is further ordered that the defendant shall pay to the United States a special assessment of $50.00.

Pursuant to the Government's motion, Counts II, III, and IV are dismissed.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period

☐ This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center

Signed By ☒ U S District Judge _____  ☐ U S Magistrate _____
3/07/96

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation / Commitment Order to the U S Marshal or other qualified officer

Dated / Filed _____

Frank E. Goodroe
~~LONARD M. BROSNAN~~, CLERK

By _____
Deputy Clerk

AO-245-A  (01/90)

## United States District Court
## Central District of California

UNITED STATES OF AMERICA

Docket No. CR – 94-80-LHM

vs

Michael Richard Ohly

Date    February 26, 1996

**JUDGMENT AND PROBATION/COMMITMENT ORDER**

Continued from Page 1

The Court "recommends" to the Bureau of Prisons that the defendant be incarcerated in a Southern California institution, but only in so far as this recommendation accords with security classification and space availability.

Signed By ☒ U.S District Judge _Wm. Laughlin_

2/27/96

☐ U.S. Magistrate _____

Frank E. Goodroe

LEONARD A. BROSNAN CLERK

Dated/Filed _____

By _____

Deputy Clerk

AO-245-B  (01/90)

Page Two of Two Pages

PROB 12
(Rev. 11/04)

# United States District Court

for

### CENTRAL DISTRICT OF CALIFORNIA

JUN 1 7 2008

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

U.S.A.  VS.  MICHAEL  OHLY

Docket No. SACR  94-80-LHM

### Petition on Probation and Supervised Release (Bench Warrant)

COMES NOW LORETTA S. MARTIN, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>MICHAEL OHLY</u> who was placed on supervision by the Honorable <u>LINDA H. MCLAUGHLIN</u> sitting in the Court at <u>Los Angeles</u>, <u>California</u>, on the <u>26th</u> day of <u>February</u>, <u>1996</u> who fixed the period of supervision at <u>five years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

### (SEE ATTACHED)

**PRAYING THAT THE COURT WILL ORDER** issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Michael  Ohly before the United States District Court at Los Angeles, California, to show cause why the supervision order, heretofore entered, should not be revoked.

ORDER OF COURT

Considered and ordered this ____ day
of ___JUN  1 7, 2008 and ordered filed
and made a part of the records in the above
case.  **ALICEMARIE H. STOTLER**

_____
**CHIEF**  United States District Judge

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on June 6, 2008

_____
JANA E. RIVERS
U. S. Probation Officer

Place: San Bernardino, California

U.S.A. VS. MICHAEL OHLY
DOCKET NO. SACR 94-80-LHM

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

1. Having been ordered by the Court not to commit another Federal, State, or local crime, on February 15, 2008, Mr. Ohly was arrested by the San Diego Police Department for a violation of California Vehicle Code Sections: 23152(a): Driving Under the Influence and 23152(b): Driving Under the Influence With a Blood Alcohol Content of .08% or More.

2. Having been instructed by the Probation Officer to refrain from the excessive use of a alcohol, on February 15, 2008, and March 30, 2008, Mr. Ohly had a blood alcohol content level above the State of California legal limit of .08%.

3. Having been ordered by the Court not to leave the judicial district without the permission of the Court, or Probation Officer, on March 30, 2008, Mr. Ohly, without the permission of the Probation Officer, traveled to Riverside County.

4. Having been ordered by the Court not to commit another Federal, State, or local crime, on March 30, 2008, Mr. Ohly was arrested by the California Highway Patrol for a violation of California Vehicle Code Sections: 23103(a): Reckless Driving; 23152(a): Driving Under the Influence; 23152(b): Driving Under the Influence of Alcohol (.08% BAC or more); 14601.2(a): Driving With A Suspended License With Knowledge of Prior DUI; and 23582(a): Driving More Than 30 mph Over Posted Limit.

5. Having been ordered by the Court to report to the nearest Probation Office within 72 hours of being arrested or questioned by a law enforcement officer, Mr. Ohly was arrested on March 30, 2008, by the California Highway Patrol and failed to notify the Probation Officer of his arrest.

COPY

## UNITED STATES PROBATION OFFICE
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | SACR '94-80-LHM |
| MICHAEL OHLY | | |
| | Defendant(s) | **WARRANT FOR ARREST** |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest   MICHAEL OHLY

and bring him/her forthwith to the nearest Magistrate Judge to answer to a(n): ☐ Complaint  ☐ Indictment

☐ Information  ☐ Order of Court  ☒ Violation Petition  ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title 18 _____ United States Code, Section(s) 3583(e)(3)

| Sherri R. Carter | |
|---|---|
| NAME OF ISSUING OFFICER | **1 7 JUN 2008**   SANTA ANA, CA |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| **DODJIE GARGANTOS** | BY: ALICEMARIE H. STOTLER |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

*(SEAL)*

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

_____

DATE RECEIVED                                   NAME OF ARRESTING OFFICER

DATE OF ARREST                                   TITLE

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO                           SIGNATURE OF ARRESTING OFFICER

FILED

# UNITED STATES DISTRICT COURT

2008 JUL 10 AM 11: 54

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

# SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

'08 MJ 2091

CASE NUMBER: _____

The person charged as <u>OHLY, Michael</u> now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the <u>Central</u> District <u>California</u> of  on  with <u>Title 18 Section 3583(e)(3)</u> in violation of:

Supervised Release

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: 7/10/08

<u>Van Bayless</u>
CI -Deputy United States Marshal

Reviewed and Approved

DATE:

_____
Assistant United States Attorney

CLOSED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
## CRIMINAL DOCKET FOR CASE #: 8:94-cr-00080-LHM-2

Case title: USA v. Guerrero

Magistrate judge case number: 8:94-mj-00278

Date Filed: 07/22/1994

Date Terminated: 02/26/1996

Assigned to: Judge Linda H. McLaughlin

## Defendant (2)

**Michael Richard Ohly**
*TERMINATED: 02/26/1996*

represented by **C Thomas McDonald**
C Thomas McDonald Law Offices
1146 Civic Center Drive West
Santa Ana, CA 92703-2230
714-542-9422
Email: ctmlaw@adelphia.net
*TERMINATED: 02/26/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**G David Haigh**
G David Haigh Law Offices
714 N Spurgeon St
Santa Ana, CA 92701
714-834-1970
Email: davidhaigh@charter.net
*TERMINATED: 02/26/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Gerald V Scotti**

Gerald V Scotti Law Offices
8383 Wilshire Blvd, Ste 641
Beverly Hills, CA 90211
323-651-2822
*TERMINATED: 10/03/1994*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
|  | Ct 1: 151 mos impris. Upon rel fr confnmt, deft palced on suprvsd rel for 5 yrs under foll terms and conds: 1) obey rules and regs of USPO and GO 318; 2) partic in outpatient drug and alcohol abuse trtmt and testng as dir by USPO. Deft shall abstain fr using illicit drugs and alcohol and fr abusing prescrip medicines dur per of suprvsd rel; 3) if any portion of mand spec assmt not pd at time of rel fr confinmt, dft to pay remainder thru USPO. Purs to 5E.2(f) of the Guidelines, all fines are wvd incl costs of impris and suprvsn as it is found deft does not have abil to pay. Fur ord deft pay spec assmt to USA in amt $50.00. On USa motn, all remaining cts dism. Court recomm deft be incarc in Southern Calif instituion but only insofar as t his recomm accords w/security classif and space availability. as |
| 21:846 CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE (1) |  |
| 21:841(a)(1) DISTRIBUTION OF METHAMPHETAMINE (2-3) |  |
| 18:924(c) USING A FIREARM DURING A DRUG TRAFFICKING CRIME (4) |  |

## Highest Offense Level (Opening)
Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

## Highest Offense Level (Terminated)
None

| Complaints | Disposition |
|---|---|
| None | |

## Plaintiff
**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/11/1994 | 1 | COMPLAINT against Miguel Guerrero & Michael Richard Ohly in viol of 21:841(a)(1) by Magistrate Judge Elgin C. Edwards [ 8:94-m -278 ] (kg) (Entered: 07/12/1994) |
| 07/11/1994 | 8 | Report commencing criminal action DEFENDANT as to Michael Richard Ohly arrested on 7/8/94 [ 8:94-m -278 ] (kg) (Entered: 07/12/1994) |
| 07/11/1994 | 9 | NOTICE of req for detn as to dft Ohly by plaintiff USA [ 8:94-m -278 ] (kg) (Entered: 07/12/1994) |
| 07/11/1994 | 10 | CJA Form 23 (Financial Affidavit) as to Michael Richard Ohly [ 8:94-m -278 ] (kg) (Entered: 07/12/1994) |
| 07/11/1994 | 11 | ORDER of Detention of Michael Richard Ohly pending Trial by Magistrate Judge Elgin C. Edwards [ 8:94-m -278 ] (kg) (Entered: 07/12/1994) |
| 07/11/1994 | 12 | NOTICE dir defendant Michael Richard Ohly to appear for preliminary hrg & for arrn on indict/info [ 8:94-m -278 ] (kg) (Entered: 07/12/1994) |

| 07/11/1994 | 13 | MINUTES: by Magistrate Judge Elgin C. Edwards first appearance of Michael Richard Ohly on mag cmp. Dft arrn & sts t/n as chg, attorney G. David Haigh apptd cja and present as to Michael Richard Ohly , dft comm to the custody of the USM and bail set at detn. Gvt moves for detn/gr. Preliminary exam set for 7/25/94 at 4:30 p.m. & post indict arrn set for 8/1/94 at 10:00 a.m. as to Michael Richard Ohly C/R: SA tape no. 939 [ 8:94-m -278 ] (kg) (Entered: 07/12/1994) |
|---|---|---|
| 07/22/1994 | 14 | INDICTMENT counts filed against Miguel Guerrero (1) count(s) 1, 2-3, 4, Michael Richard Ohly (2) count(s) 1, 2-3, 4 filed by AUSA Mary Carter Andres (krpa) (Entered: 07/28/1994) |
| 07/22/1994 | 16 | Case summary as to Michael Richard Ohly by AUSA Mary Carter Andres (krpa) (Entered: 07/28/1994) |
| 08/01/1994 | 17 | DESIGNATION AND APPEARANCE of Attorney for Michael Richard Ohly (krpa) (Entered: 08/02/1994) |
| 08/01/1994 | 18 | Stmt of dft's constitutional rights as to Michael Richard Ohly (krpa) (Entered: 08/02/1994) |
| 08/01/1994 | 20 | ORDER re criminal trial prep & trial by Judge Linda H. McLaughlin (cc: all counsel) (krpa) (Entered: 08/02/1994) |
| 08/01/1994 | 21 | ORDER re PT mtns, no jndrs, PTC by Judge Linda H. McLaughlin (cc: all counsel) (krpa) (Entered: 08/02/1994) |
| 08/01/1994 | 22 | MINUTES: by Magistrate Judge Elgin C. Edwards dft Miguel Guerrero, Michael Richard Ohly arraigned & states t/n as chrgd; not guilty plea entered; Attorney Leon Peterson DFPD & pres for dft Guerroro & Gerald V Scotti ret & pres for dft Michael Richard Ohly pretrial motions set for 8-29-94 at 8:30am; pretrial conference set for 9-12-94 at 8:30am & jury trial set for 9-13-94 at 8:30am as to Miguel Guerrero & Michael Richard Ohly; mtns to be fld 3 wks before trial & op is due 2 wks before trial C/R: (krpa) (Entered: 08/02/1994) |
| 08/24/1994 | 24 | ORDER by Judge Linda H. McLaughlin granting motion to substitute attorney [23-1] SUBSTITUTION of attorney Richard Gomez-H replacing attorney Leon Peterson for Miguel Guerrero (cc: all counsel) (krpa) (Entered: 08/29/1994) |
| 08/26/1994 | 25 | MINUTES: by Judge Linda H. McLaughlin Status conf hld; pretrial motions set for 11-7-94 at 8:30am; pretrial conference set for 11-14-93 at 8:30am; jury trial set for 11-15-94 at 8:30am as to Miguel Guerrero, Michael Richard Ohly; 11-9-94 cnsl shall file jnt |

|  |  | set of jury instruct, any special jury instruct, any objts, verdict forms, & special questions re voir dire; Opp shall be fld by 10-31-94; Mr Rayburn is directed to prepare find re excludable delay C/R: S Seffens (krpa) (Entered: 08/29/1994) |
|---|---|---|
| 08/30/1994 | 26 | FINDINGS of fact and Ord re: excludable time purs to the speedy trial act; Ord that the tm per frm 8-26-94 to & includ 11-15-94 shall be excluded in computing the tm w/i which the dfts' trial must commence purs to the sppedy trial act by Judge Linda H. McLaughlin (cc: all counsel) (krpa) (Entered: 09/02/1994) |
| 10/03/1994 | 29 | MINUTES: by Judge Linda H. McLaughlin withdrawing attorney Gerald V Scotti for Michael Richard Ohly and substituting attorney G David Haigh as to Michael Richard Ohly C/R: S Seffens (krpa) (Entered: 10/27/1994) |
| 10/19/1994 | 28 | MOTION to continue trial date to 2-21-95 at 8:30am by Michael Richard Ohly (krpa) (Entered: 10/26/1994) |
| 10/30/1994 | 30 | ORDER by Judge Linda H. McLaughlin pretrial motions set for 1-30-95 at 8:30am pretrial conference set for 2-20-95 at 8:30am pending motions hrg set for 2-3-95 at 8:30am jury trial cont'd to 2-21-95 at 8:30am as to Michael Richard Ohly; Ord that the ti per from 11-15-94 to & incl 2-21-95 shall be excluded in computing the tm w./i which the dfts' trial must commence purs to sec 3161h8A & Biv of the speedy trial act (cc: all counsel) (krpa) (Entered: 11/02/1994) |
| 10/30/1994 | 31 | EXCLUDABLE DELAY FORM as to Miguel Guerrero, Michael Richard Ohly (krpa) (Entered: 11/02/1994) |
| 11/18/1994 | 32 | MINUTES: Correspondence: on 11-17-94 the attached ltr frm dft Ohly was rcvd by the Crt; Because it is inapprop for ex parte mail to be directed to the Crt the ltr is being forwarded immed by the Crt to Mr Haigh w/ a cpy to AUSA Rayburn by Judge Linda H. McLaughlin C/R: None (krpa) (Entered: 11/22/1994) |
| 11/23/1994 | 33 | APPL & ORDER for reconsid of ord setting cond of rel/det detention hearing set for 12-2-94 at 2pm as to Michael Richard Ohly (cc: all counsel) (krpa) (Entered: 11/28/1994) |
| 12/01/1994 | 34 | Plaintiff USA's opposition to dft Ohly's mtn for reconsideration of detention ord (krpa) (Entered: 12/02/1994) |
| 12/06/1994 | 35 | MINUTES: Appl of dft Ohly for reconsid of detention; The matter is rtn'd to Mag jdg Edwards for reconsid of the ord of 7-11-94 because the instant appl is based on poss changed circumstances |

| | | |
|---|---|---|
| | | occurring subsequent to 7-11-94 & accord not consid by Mag Jdg Edwards when he md his ord of 7-11-94 by Judge Linda H. McLaughlin C/R: None (krpa) (Entered: 12/09/1994) |
| 12/13/1994 | 36 | MINUTES: Mtn for bail is DENIED by Magistrate Judge Elgin C. Edwards C/R: SA Tape no 998 & 999 (krpa) (Entered: 12/15/1994) |
| 01/30/1995 | 37 | SUBSTITUTION of Attorney: Glenn Osajima replacing attorney Richard Gomez-H for Miguel Guerrero by Judge Linda H. McLaughlin (krpa) (Entered: 02/02/1995) |
| 03/31/1995 | 41 | MOTION for discoverydt of hrg-4-17-95 at 8:30am by Michael Richard Ohly (krpa) (Entered: 04/03/1995) |
| 03/31/1995 | 42 | Reservations of mtns as to Michael Richard Ohly (krpa) (Entered: 04/03/1995) |
| 04/01/1995 | 43 | MINUTES: 4-5-95-gov to file & srv resp to dft Ohly's mtn; 4-17-95-hrg remains at 8:30am by Judge Linda H. McLaughlin C/R: None (krpa) (Entered: 04/04/1995) |
| 04/01/1995 | 44 | MINUTES: dft Ohly fld his appl for reconsid/det of ord set conditions of rel/det; crt requireds that dfts filing appl for reconsid submit transcripts of intial appear & all det hrgs before the Mag Jdg & all rpts from PsSA; the papers required inb paragraph above were not submit w/ dft Ohly's appl; upon submission of the papers the Crt will set the br & hrg sched by Judge Linda H. McLaughlin C/R: None (krpa) (Entered: 04/04/1995) |
| 04/03/1995 | 45 | MINUTES: 4-6-95-gov to file & srv resp to dft Guerrero's mtns; 4-17-95-hrg remains at 8:30am by Judge Linda H. McLaughlin C/R: None (krpa) (Entered: 04/04/1995) |
| 04/04/1995 | 48 | MOTION to continue & stip to cont by USA as to Miguel Guerrero, Michael Richard Ohly (krpa) (Entered: 04/05/1995) |
| 04/04/1995 | 49 | Letter re Michael R Ohly as to Michael Richard Ohly (krpa) (Entered: 04/05/1995) |
| 04/05/1995 | 50 | Fin & ORDER re excludable time purs to the speedy trial act by Judge Linda H. McLaughlin pretrial motions cont'd to 6-6-95 pretrial conference cont'd to 6-26-95 at 8:30am pending motions hrg cont'd to 6-19-95 at 8:30am jury trial cont'd to 6-27-95 at 8:30am as to Miguel Guerrero, Michael Richard Ohly (cc: all counsel) (krpa) (Entered: 04/06/1995) |
| 04/05/1995 | 51 | EXCLUDABLE DELAY FORM as to Michael Richard Ohly |

| | | (krpa) (Entered: 04/06/1995) |
|---|---|---|
| 04/05/1995 | 54 | MINUTES: (Stat Conf re: cnsl for dft Ohly) by Judge Linda H. McLaughlin Crt has rcvd a lettr frm Mr. Ohly re his rep of cnsl. Mr. Mirano is apptd advisory cnsl for purpose of making R&R to the Crt re dft's letter- R&R is sub under seal. Court informs Mr. Hueston that Mr. Haigh will cont as cnsl of record for Mr. Ohly. C/R: Sharon Seffesn (xemp) (Entered: 05/10/1995) |
| 05/05/1995 | 55 | MINUTES: Nlt 5-10-95 Mr Haigh is to file underseal his decl w/ refs to dft's ltr; by Judge Linda H. McLaughlin C/R: None (krpa) (Entered: 05/10/1995) |
| 05/09/1995 | 52 | NOTICE of filing under seal by defendant Michael Richard Ohly (xemp) (Entered: 05/09/1995) |
| 05/10/1995 | 56 | HEARING MINUTES held before Judge Linda H. McLaughlin as to Michael Richard Ohly : Crt has read & consid Mr. Haigh's decl filed undr seal 5/10/95; Crt determines that Mr. Haigh remain as dft Ohly's apptd cnsl; Mr. Haigh req to prov cpy this m/o to his client C/R: None (xemp) (Entered: 05/19/1995) |
| 06/05/1995 | 57 | DFT'S MOTION & STIPULATION for continuance of trial (xemp) (Entered: 06/28/1995) |
| 06/07/1995 | 58 | ORDER filed by Judge Linda H. McLaughlin : granting mtn & stipulation for continuance [57-1] as to Miguel Guerrero, Michael Richard Ohly , ; pre-trial motions due by 7/11/95; oppo due 7/18/95 ; pre-trial conference set for 8:30 7/31/95 ; pending motions hearing set for 8:30 7/24/95; Joint Jry Instructns, etc due 7/21/95; jury trial set for 8:30 8/1/95 (cc: all counsel) (xemp) (Entered: 06/28/1995) |
| 06/07/1995 | 59 | EXCLUDABLE DELAY FORM as to Miguel Guerrero, Michael Richard Ohly (xemp) (Entered: 06/28/1995) |
| 07/07/1995 | 60 | ORDER filed by Judge Linda H. McLaughlin : ; pre-trial motions due by 8/28/95 w/oppo due 9/5/95 for Miguel Guerrero, for Michael Richard Ohly ; pre-trial conference set for 8:30 9/18/95 ; pending motions hearing set for 8:30 9/11/95 ; jury trial set for 8:30 9/19/95; the period frm 8./1/95 to 9/19/95 is excludable undr STA (cc: all counsel) (xemp) (Entered: 07/11/1995) |
| 07/07/1995 | 61 | EXCLUDABLE DELAY FORM as to Miguel Guerrero, Michael Richard Ohly (xemp) (Entered: 07/11/1995) |
| 07/07/1995 | 62 | MOTION AND STIPULAITON filed by Miguel Guerrero, |

| | | |
|---|---|---|
| | | Michael Richard Ohly to continue trial (xemp) (Entered: 07/11/1995) |
| 08/24/1995 | 63 | NOTICE of filing declaration of cnsl undr seal filed by Michael Richard Ohly (xemp) (Entered: 08/26/1995) |
| 08/24/1995 | 66 | MOTION filed G. David Haigh as to Michael Richard Ohly to be relieved as attorney (xemp) (Entered: 08/29/1995) |
| 08/25/1995 | 65 | MINUTE ORDER (IN CHAMBERS) held before Judge Linda H. McLaughlin : as to Michael Richard Ohly On 8/24/95, G. David Haigh cnsl for dft Ohly filed his mtn to be relieved as atty for dft; Mtn is gratned. Atty C Thomas McDonald accepted the appt to rep dft. In light of apptmnt of cnsl, Crt will hold a status conf on 9/11/95 & reset dates for mtns & trial. Dfts & all cnsl must appear C/R: None (xemp) (Entered: 08/28/1995) |
| 09/11/1995 | 67 | MINUTES OF STATUS CONFERENCE HEARING held before Judge Linda H. McLaughlin : ; Trial cont'd to 12/19/95, 8:00am; PT Conf cont'd to 12/18/95, 8:30am & mtns shl be heard on 12/11/95, 8:30am; Mr. Rayburn is to prepare Speedy Trial Memo as dir frm Bench. Oppos due 12/4/95. Any approp mtns which need to be consid shl be filed by 11/27/95. Joint jry instructs, verdict form, any special jry instructs & objcts to special jry instructs shl be filed by 12/13/95. Dfts ord to be present on 12/11/95 at 8:30am, 12/18/95, 8:30am & 12/19/95 at 8:00am as to Guerro & Ohly C/R: Sally Marshall (xemp) (Entered: 10/10/1995) |
| 09/13/1995 | 68 | ORDER filed by Judge Linda H. McLaughlin : as to Miguel Guerrero, Michael Richard Ohly time frm 9/19/95 - 12/19/95 shl be exclu in computing time purs to STA (cc: all counsel) (xemp) (Entered: 10/10/1995) |
| 09/14/1995 | 69 | EXCLUDABLE DELAY FORM as to Miguel Guerrero, Michael Richard Ohly (xemp) (Entered: 10/10/1995) |
| 11/27/1995 | 70 | MOTION filed by Michael Richard Ohly for Jackson v Denno hearing prior to trial Returnable on: 12/11/95 at 8:00am. (jd) (Entered: 12/01/1995) |
| 11/27/1995 | 71 | MINUTES OF STATUS CONFERENCE HEARING held before Judge Linda H. McLaughlin : ; Mtn for severance is still active & hrng set 12/11/95. Mr. McDonald will file actve mtn today. Govt's oppo due 12/4/95. Joint jry instructs, prop verdict form & any voir dire questns due 12/13/95. Trial remains set 12/19/95 & PT conf set 12/18/95 for Miguel Guerrero, for Michael Richard Ohly . ; C/R: |

| | | |
|---|---|---|
| | | S. Seffens (xemp) (Entered: 12/06/1995) |
| 12/01/1995 | 75 | NOTICE of filing document under seal filed by USA as to Miguel Guerrero, Michael Richard Ohly (xemp) (Entered: 12/14/1995) |
| 12/05/1995 | 72 | MEMORANDUM by plaintiff USA in opposition to motion to supress statements as to defendant Michael Richard Ohly (xemp) (Entered: 12/13/1995) |
| 12/06/1995 | 73 | SUPPLEMENTAL by plaintiff USA in support [72-1] of [72-1] (xemp) (Entered: 12/13/1995) |
| 12/11/1995 | 79 | MINUTES OF CHANGE OF PLEA HEARING held before Judge Linda H. McLaughlin : Michael Richard Ohly makes motn to chg plea and enters guilty plea; sentence hearing set for 8:30 2/26/96 as to Michael Richard Ohly , for order , PRESENTENCE INVESTIGATION ORDERED as to Michael Richard Ohly C/R: Sharon Seffens (jk) (Entered: 01/22/1996) |
| 12/12/1995 | 76 | NOTICE of filing under seal document filed by USA as to Miguel Guerrero, Michael Richard Ohly (xemp) (Entered: 12/14/1995) |
| 02/13/1996 | 80 | Defts SENTENCING memorandum re Michael Richard Ohly (jk) (Entered: 02/15/1996) |
| 02/16/1996 | 81 | NOTICE of flg docmt under seal as to deft Ohly fld by USA. (jk) (Entered: 02/20/1996) |
| 02/16/1996 | 83 | RESPECT to sentencing factors by plaintiff USA (jk) (Entered: 02/20/1996) |
| 02/21/1996 | 86 | NOTICE of flg docmt u/s filed by USA as to Michael Richard Ohly (jk) (Entered: 02/26/1996) |
| 02/22/1996 | 85 | Resp to USA statmt w/RESPECT to sentencing factors by defendant Michael Richard Ohly (jk) (Entered: 02/22/1996) |
| 02/26/1996 | 90 | NOTICE of flg docmt u/s filed by USA as to Michael Richard Ohly (jk) (Entered: 02/26/1996) |
| 02/26/1996 | 94 | MINUTES OF SENTCG HEARING held before Judge Linda H. McLaughlin Sentence as to Michael Richard Ohly Ct 1: 151 mos impris. Upon rel fr confnmt, deft palced on suprvsd rel for 5 yrs under foll terms and conds: 1) obey rules and regs of USPO and GO 318; 2) partic in outpatient drug and alcohol abuse trtmt and testng as dir by USPO. Deft shall abstain fr using illicit drugs and alcohol and fr abusing prescrip medicines dur per of suprvsd rel; 3) if any portion of mand spec assmt not pd at time of rel fr |

| | | |
|---|---|---|
| | | confinmt, dft to pay remainder thru USPO. Purs to 5E.2(f) of the Guidelines, all fines are wvd incl costs of impris and suprvsn as it is found deft does not have abil to pay. Fur ord deft pay spec assmt to USA in amt $50.00. On USa motn, all remaining cts dism. Court recomm deft be incarc in Southern Calif instituion but only insofar as this recomm accords w/security classif and space availability. as as to Miguel Guerrero , case terminated as to Miguel Guerrero, Michael Richard Ohly C/R: Sharon Seffens (jk) (Entered: 03/04/1996) |
| 02/26/1996 | 94 | ORDER For Payment of Special Assessment as to Michael Richard Ohly . Directing the defendant pay a special assmt of $ 50.00, as follows: . (jk) (Entered: 03/04/1996) |
| 02/26/1996 | 95 | JUDGMENT and Commitment issued to U.S. Marshal for defendant Michael Richard Ohly Approved by Judge Linda H. McLaughlin . (jk) (Entered: 03/04/1996) |
| 07/25/1996 | 96 | MINUTES IN CHMBRS before Judge Linda H. McLaughlin as to Michael Richard Ohly :Court has rec'd ltr fr deft and it is forwarded to atty McDonald C/R: N/A (jk) (Entered: 07/30/1996) |
| 09/23/1996 | 98 | MINUTES IN CHMBRS before Judge Linda H. McLaughlin as to Michael Richard Ohly: Re dft's corr. On 9/12/96, Crt rcvd a ltr frm dft Ohly and transmitted to dft's cnsl of rec C Thomas McDonald. Crt determ that a portn of ltr may be protected by att-client privilege. Ltr is not trans to the AUSA. Mr McDonald is req to trans this minute ord to dft. As to dft's req for assist of cnsl to fi a Sec 2255 mtn, dft's req is DENIED. C/R: n/a (mt) (Entered: 10/02/1996) |
| 01/23/1997 | 99 | MINUTES OF DFT'S CORRESP HEARING held before Judge Linda H. McLaughlin as to Michael Richard Ohly: The crt is transmitting dft's ltr to dft's cnsl of rec, C Thomas McDonald. Mr McDonald is req to transmit this minute ord to dft. C/R: Sharon Seffens (mt) (Entered: 01/31/1997) |
| 03/25/1997 | 100 | MOTION under 28:2255 filed by Michael Richard Ohly to vacate, set aside, or correct sentence . (mt) (Entered: 03/27/1997) |
| 03/27/1997 | 101 | MINUTES IN CHMBRS before Judge Linda H. McLaughlin as to Michael Richard Ohly: (1) On 3/25/97, movant Ohly, acting pro se, fld a motn purs to 28:2255. A cy of the motn is faxed w/this min ord to the govt. (2) 4/11/97: Govt's resp to be fld and served. C/R: n/a (mt) Modified on 04/29/1997 (Entered: 04/03/1997) |
| | | |

| | | |
|---|---|---|
| 04/07/1997 | 103 | RECEIPT FOR CERTIFIED MAIL & RETURN RECEIPT (signature illegible) filed as to Michael Richard Ohly (mt) (Entered: 04/16/1997) |
| 04/10/1997 | 102 | EX PARTE APPLICATION filed by USA as to Michael Richard Ohly for order finding wv of atty-client priviledge and compelling disclosure of communications Lodged prop ord (mt) (Entered: 04/11/1997) |
| 04/11/1997 | 104 | EX PARTE APPLICATION filed by USA as to Michael Richard Ohly for ext of time to file resp to dft's 28:2255 motn Lodged ord (mt) (Entered: 04/16/1997) |
| 04/14/1997 | 105 | RESPONSE filed by Michael Richard Ohly to ex parte application motion for order finding wv of atty-client priviledge and compelling disclosure of communications [102-1] (mt) (Entered: 04/18/1997) |
| 04/23/1997 | 106 | MINUTES IN CHMBRS before Judge Linda H. McLaughlin as to Michael Richard Ohly: Re 28:2255 motn. The crt sets brfg sched below. 5/16/97: Govt's resp to be fld and served. C/R: n/a (mt) (Entered: 04/29/1997) |
| 04/23/1997 | 107 | MINUTES IN CHMBRS before Judge Linda H. McLaughlin as to Michael Richard Ohly: Ruling: It is ord that cnsl McDonald shll discl to the govt the substance of communications btwn himself & movant Ohly as to matters relevant to the "Denial of effective assist of cnsl" claim. C/R: n/a (mt) (Entered: 04/29/1997) |
| 04/29/1997 | 108 | CERT MAIL RCPT & RTN RCPT (sign illegible) filed as to Michael Richard Ohly (mt) (Entered: 05/02/1997) |
| 05/01/1997 | 110 | LETTER re dft addr chg filed as to Michael Richard Ohly by dft (#02371-112 unit Yuma, 37910 N. 45th Avenue, Dept 1700, Phoenix, AZ 85027-7055) (mt) Modified on 07/23/1997 (Entered: 05/21/1997) |
| 05/08/1997 | 111 | Cert mail rcpt & signed rtn rcpt filed as to Michael Richard Ohly (mt) (Entered: 05/22/1997) |
| 05/12/1997 | 109 | MEMORANDUM filed by USA as to Michael Richard Ohly in opposition [100-1] (mt) (Entered: 05/13/1997) |
| 06/05/1997 | 112 | RESPONSIVE DECLARATION FILED by Michael Richard Ohly (mt) (Entered: 06/16/1997) |
| 06/05/1997 | 113 | RESPONSE filed by Michael Richard Ohly to govt's opp to motion to vacate, set aside, or correct sentence [100-1] (mt) |

| | | (Entered: 07/01/1997) |
|---|---|---|
| 06/19/1997 | 114 | NOTICE OF DISCREPANCY AND ORDER by Judge Linda H. McLaughlin as to Michael Richard Ohly Document Response to govt's opp ordered filed and processed. (mt) (Entered: 07/01/1997) |
| 06/19/1997 | 115 | MINUTES IN CHMBRS before Judge Linda H. McLaughlin as to Michael Richard Ohly : Order 7/3/97: Govt's resp t/b fld and served. C/R: n/a (mt) (Entered: 07/01/1997) |
| 06/30/1997 | 117 | RCPT FOR CERT MAIL & UNSIGNED RTN RCPT filed as to Michael Richard Ohly (mt) (Entered: 07/17/1997) |
| 07/03/1997 | 116 | RESPONSE filed by USA as to Michael Richard Ohly to dft's suppl flg re motion to vacate, set aside, or correct sentence [100-1] (mt) (Entered: 07/09/1997) |
| 08/01/1997 | 119 | MINUTES IN CHMBRS before Judge Linda H. McLaughlin as to Michael Richard Ohly : Re: Dism of 28:2255 petition. Ruling: Based on the foregoing, and for the reasons set forth below, Petr's motn is dism. Formal ord accompanies this min ord. (ENTER 8/4/97) (mt) (Entered: 08/04/1997) |
| 08/01/1997 | 120 | ORDER filed by Judge Linda H. McLaughlin as to Michael Richard Ohly : It is ord, adjudged and decreed that: 1. The crt has jurisdiction of the instant actn; 2. Dft's motn to vacate sentence [100-1] is denied and dft's petn is dism. (cc: all counsel) (ENT 8/4/97) (mt) (Entered: 08/04/1997) |
| 09/09/1997 | 124 | NOTICE OF DISCREPANCY AND ORDER by Judge Linda H. McLaughlin as to Michael Richard Ohly Striking Response to govt's response . (mt) (Entered: 09/16/1997) |
| 09/09/1997 | 125 | MINUTES IN CHMBRS before Judge Linda H. McLaughlin as to Michael Richard Ohly : Ruling: The movants resp to govt's resp to movant's suppl flg re: 28:2255 motn recvd 9/2/97 is rejected for flg because it is moot, since the crt has already dism the 28:2255 motn. C/R: n/a (mt) (Entered: 09/16/1997) |
| 09/19/1997 | 126 | NOTICE OF APPEAL to USCA filed by Michael Richard Ohly from order [120-1] , filed on: 8/1/97 and entered on: 8/4/97. (cc: all counsel) (mt) (Entered: 10/08/1997) |
| 09/30/1997 | 127 | MINUTES IN CHMBRS before Judge Linda H. McLaughlin as to Michael Richard Ohly : On 3/25/97, petr Ohly fld a petn purs to 28:2255. On 8/1/97, the crt dism the petn. On 9/19/97, the crt rcvd a ntc of appeal. Since the crt has not rcvd a req for a cert of |

| | | |
|---|---|---|
| | | appealability, the ntc of appeal shll be deemed to constitute a req for a cert. Accordingly, the govt must fi and serve its resp by 10/7/97. C/R: n/a (mt) (Entered: 10/08/1997) |
| 10/01/1997 | 128 | Rcpt for cert mail & signed return rcpt filed as to Michael Richard Ohly (mt) (Entered: 10/08/1997) |
| 10/06/1997 | 129 | RESPONSE filed by USA as to Michael Richard Ohly to dft's req for certification of appealability [126-1]. (mt) (Entered: 10/08/1997) |
| 10/10/1997 | 130 | AFFIDAVIT of Michael R Ohly by Michael Richard Ohly (Fld per crt instr) (mt) (Entered: 10/14/1997) |
| 10/10/1997 | 131 | MINUTES IN CHMBRS before Judge Linda H. McLaughlin as to Michael Richard Ohly : On 3/25/97, petr Ohly fld a petn purs to 28:2255. On 8/1/97, the crt dism the petn. On 9/19/97, the crt rcvd Ohly's ntc of appeal. The crt deemed Ohly's ntc of appeal as a req for a certificate of appealability. On 10/6/97, the govt fld a resp to dft's req for cert of appeal. The crt has read and considered all of the above papers and the entire file in this matter. Additionally, the crt has conducted independent research. RULING: Based on the reasons set forth below, Ohly's req for a certificate of appealability [126-1] is DENIED. C/R: n/a (Original MO route to the Appeal Section) (mt) (Entered: 10/16/1997) |
| 10/10/1997 | 132 | Rcpt for certified mail & signed return rcpt filed as to Michael Richard Ohly (mt) (Entered: 10/22/1997) |
| 10/16/1997 | 133 | Rcpt for certified mail & signed return rcpt filed as to Michael Richard Ohly (mt) (Entered: 10/22/1997) |
| 10/21/1997 | 134 | Rcpt for certified mail & signed return rcpt filed as to Michael Richard Ohly (mt) (Entered: 10/22/1997) |
| 10/27/1997 | 135 | MOTION filed by Michael Richard Ohly for reconsideration of current sentence (mt) (Entered: 11/21/1997) |
| 11/14/1997 | 136 | MINUTES IN CHMBRS before Judge Linda H. McLaughlin as to Michael Richard Ohly : Re: Motn for reconsideration. 12/8/97: The govt to fi and serve opp. Copies of all docs must be delivered or sent by fax to chmbrs of Judge LHM by 12:00 noon on the dt due. The dts ord by the crt have been set on the crt's cal and are firm dts. C/R: n/a (mt) (Entered: 11/21/1997) |
| 12/03/1997 | 137 | RCPT FOR CERT MAIL & SIGNED RTN RCPT filed as to Michael Richard Ohly (mt) (Entered: 12/08/1997) |

| | | |
|---|---|---|
| 12/03/1997 | 138 | RESPONSE filed by USA as to Michael Richard Ohly to motion for reconsideration of current sentence [135-1] (mt) (Entered: 12/08/1997) |
| 12/12/1997 | 139 | MINUTES OF FILING AND SPREADING ORDER held before Judge Linda H. McLaughlin as to Michael Richard Ohly : The Court orders that the mandate of the USCA denying the request for a certificate of appealability [126-1] is hereby filed and spread upon the minutes of the Court. Entered on: 12/15/97 (mt) (Entered: 12/15/1997) |
| 12/12/1997 | 140 | CERTIFIED COPY OF ORDER from USCA as to Michael Richard Ohly : The request for a certificate of appealability is denied. (cc: all counsel) . Entered on: 12/15/97 (mt) (Entered: 12/15/1997) |
| 12/17/1997 | 141 | MINUTES IN CHMBRS before Judge Linda H. McLaughlin as to Michael Richard Ohly : On 12/8/97, the crt recvd petr Ohly's 1. Appl to proceed in forma pauperis by a prisoner, 2. Motn for ext of ti, 3. Motn to produce the record(s). On 12/3/97, the 9th Cir denied Ohly's req for certificate of appealability purs to 28:2253(c)(2). Therefore, this crt is w/out jurisdiction on this matter. Accordingly, the above-referenced matters are not accepted for filing and returned to Ohly. C/R: n/a (mt) (Entered: 01/07/1998) |
| 12/17/1997 | 142 | MINUTES IN CHMBRS before Judge Linda H. McLaughlin as to Michael Richard Ohly : On 12/3/97, the 9th Cir denied Ohly's req for cert of appeal purs to 28:2253(c)(2). Therefore, this crt is w/out jurisdiction on this matter. Even if this crt had jurisdiction, Ohly fails to satisfy any grounds for reconsiderataion. Fur, the crt confirms its ruling on Ohly's 2255 motn. Accordingly, Ohly's motn for reconsideration [135-1] is DENIED. C/R: n/a (mt) (Entered: 01/07/1998) |
| 12/31/1997 | 143 | RECEIPT FOR CERTIFIED MAIL & SIGNED RETURNED RECEIPT filed as to Michael Richard Ohly (mt) (Entered: 01/07/1998) |
| 09/20/1999 | 144 | NUNC PRO TUNC MOTION filed by Michael Richard Ohly for intensive confinement boot camp program . (mt) (Entered: 09/23/1999) |
| 11/02/1999 | 145 | MEMORANDUM filed by USA as to Michael Richard Ohly in opposition to motion for intensive confinement boot camp program [144-1]; memo of P&A; decl; exhibit (mt) (Entered: 11/03/1999) |

| 11/17/1999 | 146 | MINUTES OF IN CHAMBERS held before Judge Gary L. Taylor as to Michael Richard Ohly : Appl for intensive confinement program [144-1]. Crt DECLINES to make a recommendation for participation of dft in that program. C/R: n/a (mt) (Entered: 11/20/1999) |
| --- | --- | --- |
| 06/17/2008 | 148 | PROBATION FORM 12 as to Defendant Michael Richard Ohly, ORDER OF THE COURT by Judge Alicemarie H. Stotler: (dg) (Entered: 07/08/2008) |
| 06/20/2008 | 147 | ORIGINAL AND COPY OF PROBATION FORM 22 sent to USDC Southern District of California at San Diego as to Defendant Michael Richard Ohly. (mt) (Entered: 06/24/2008) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 07/23/2008 13:44:47 | | | |
| PACER Login: | ud0077 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 8:94-cr-00080-LHM End date: 7/23/2008 |
| Billable Pages: | 8 | Cost: | 0.64 |