

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

July 29, 2008

FILED

JUL 3 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

California Southern District Court
4290 Edward J. Schwartz Federal Bldg.
880 Front Street, San Diego CA 92101

Re:  Transfer of Our Case No. SACR94-00080LHM

Assigned Your Case No. 08cr 7038 -IEG

Case Title: USA v. Michael Ohly

Dear Sir/Madam:

☐  Enclosed are the original and one copy of Probation Form 22, Transfer of Jurisdiction, in the above-entitled matter which has been approved by this court. Please present them to your court for approval.

Upon approval, please return the **original** to this office and we will send you the necessary documents from our file. If you assign a case number at this time, please indicate same on the copy of this letter and return that also.

☒  Transfer of probationary jurisdiction to your district having been approved in the above-entitled matter, enclosed are the certified copies of: 1) indictment/information, and 2) judgment and probationary order.

Please acknowledge receipt of these documents on the copy of this letter and return to this district.

Sincerely,

Clerk, U.S. District Court

By  Dodjie Gargantos
Deputy Clerk

cc:  Probation Office, Central District of California
Probation Office, District of Origin

==================================================================================
**Acknowledgment of Receipt**

Receipt is hereby acknowledged of the enclosures referred to above.

Clerk, U.S. District Court

By _____

_____
Date

Deputy Clerk



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 1994 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SA CR 94- _80 - LHM_ |
| | ) | |
| Plaintiff, | ) | I N D I C T M E N T |
| | ) | |
| v. | ) | [21 U.S.C. § 846: Conspiracy; |
| | ) | 21 U.S.C. § 841(a)(1): |
| MIGUEL GUERRERO and | ) | Distribution of |
| MICHAEL RICHARD OHLY, | ) | Methamphetamine; 18 U.S.C. |
| | ) | § 924(c): Using a Firearm |
| Defendants. | ) | During a Drug Trafficking |
| | ) | Crime] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

A.   OBJECTS OF THE CONSPIRACY

Beginning on a date unknown to the Grand Jury and continuing until on or about July 8, 1994, in Riverside County, within the Central District of California and elsewhere, defendants MIGUEL GUERRERO and MICHAEL RICHARD OHLY, and others unknown to the Grand Jury, knowingly and willfully conspired and agreed with

JCE:MCA
MaA

1 | each other to commit offenses against the United States, namely:

2 | to manufacture methamphetamine and to distribute methamphetamine

3 | and other controlled substances in violation of Title 21, United

4 | States Code, Section 841(a)(1); and to use and carry a firearm

5 | during and in relation to a drug trafficking crime, namely, the

6 | manufacture of methamphetamine, in violation of Title 18, United

7 | States Code, Section 924(c).

8 | B.    MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE

9 |       ACCOMPLISHED

10 |       The objects of the conspiracy were to be accomplished, in

11 | substance, as follows:

12 |       1.    Defendant MIGUEL GUERRERO would locate potential

13 | purchasers for methamphetamine and other controlled substances,

14 | including heroin.

15 |       2.    Defendant MIGUEL GUERRERO would negotiate the exchange

16 | of ephedrine, a methamphetamine precursor, for finished

17 | methamphetamine with the potential methampethamine purchasers.

18 |       3.    Defendant MIGUEL GUERRERO would transport the ephedrine

19 | received from the purchaser to a place where the methamphetamine

20 | would be manufactured.

21 |       4.    Defendant MIGUEL GUERRERO would pay defendant MICHAEL

22 | RICHARD OHLY a $1500.00 fee for the use of his residence in Anza,

23 | California as a methamphetamine laboratory.

24 |       5.    Defendants MIGUEL GUERRERO and MICHAEL RICHARD OHLY

25 | would maintain firearms at defendant MICHAEL RICHARD OHLY's

26 | residence in Anza, California to protect the methamphetamine

27 | laboratory.

28 |                                     2

6.    Defendant MIGUEL GUERRERO would deliver the finished methamphetamine to the purchaser.

7.    Defendant MIGUEL GUERRERO would negotiate the sale and delivery of heroin with potential purchasers.

8.    Defendant MIGUEL GUERRERO would provide the purchaser with samples of the heroin.

C.    OVERT ACTS

In furtherance of the conspiracy and to accomplish the objects of the conspiracy, defendants committed the following overt acts, among others, within the Central District of California and elsewhere:

1.    On or about April 18, 1994, defendant MIGUEL GUERRERO told a cooperating individual ("CI") that he knew people who could supply the CI with methamphetamine and heroin.

2.    Between April 18, 1994 and July 7, 1994, defendant MIGUEL GUERRERO negotiated a forty-pound methamphetamine transaction with the CI.

3.    On or about June 13, 1994, defendant MIGUEL GUERRERO offered the CI finished methamphetamine in exchange for ephedrine, a precursor for methamphetamine.

4.    On or about June 15, 1994, defendant MIGUEL GUERRERO received a two ounce sample of ephedrine from the CI.

5.    On or about June 19, 1994, defendant MIGUEL GUERRERO took the CI to a methamphetamine laboratory located at defendant MICHAEL RICHARD OHLY's residence in Anza, California.

6.    On or about June 19, 1994, defendants MIGUEL GUERRERO and MICHAEL RICHARD OHLY gave the CI a tour of the

3

1 | methamphetamine laboratory.

2 |     7.  On or about June 20, 1994, defendant MIGUEL GUERRERO

3 | offered the CI three pounds of finished methamphetamine in

4 | exchange for fifteen pounds of ephedrine.

5 |     8.  On or about June 24, 1994, defendant MIGUEL GUERRERO

6 | received fifteen pounds of ephedrine from the CI.

7 |     9.  On or before June 24, 1994, defendant MIGUEL GUERRERO

8 | paid defendant MICHAEL RICHARD OHLY a $1500.00 fee for the use of

9 | defendant MICHAEL RICHARD OHLY's residence in Anza, California as

10 | a methamphetamine laboratory.

11 |     10.  On or about June 27, 1994, defendant MIGUEL GUERRERO

12 | delivered approximately 1,041 grams of finished methamphetamine

13 | to the CI.

14 |     11.  On or about June 28, 1994, defendant MIGUEL GUERRERO

15 | offered to sell the CI an additional three pounds of finished

16 | methamphetamine.

17 |     12.  On or about July 1, 1994, defendant MIGUEL GUERRERO

18 | told the CI he needed two more pounds of ephedrine to prepare

19 | methamphetamine.

20 |     13.  On or about July 1, 1994, defendant MIGUEL GUERRERO

21 | received two pounds of ephedrine from the CI.

22 |     14.  On or about July 1, 1994, defendant MIGUEL GUERRERO

23 | offered to give the CI a sample piece of black tar heroin.

24 |     15.  On or about July 5, 1994, defendant MIGUEL GUERRERO

25 | delivered  approximately 708 grams of methamphetamine and

26 | approximately 24 grams of heroin to the CI.

27 |     16.  On or about July 8, 1994, defendants MIGUEL GUERRERO

28 |                                   4

1    and MICHAEL RICHARD OHLY maintained the following firearms at

2    defendant MICHAEL RICHARD OHLY's residence in Anza, California to

3    protect the methamphetamine laboratory:   a .40 caliber

4    semiautomatic Iberia pistol; a .22 caliber Smith and Wesson

5    semiautomatic pistol; a .25 caliber Raven semiautomatic pistol;

6    a 30-06 caliber Remington rifle; a 12 gauge Winchester shotgun;

7    two .22 caliber RG revolvers; a 30-06 caliber Kodiak rifle; and a

8    12 gauge Harrington and Richardson sawed-off shotgun.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          5

COUNT TWO

[21 U.S.C. § 841(a)(1)]

On or about June 27, 1994, in Riverside County, within the Central District of California, defendant MIGUEL GUERRERO and MICHAEL RICHARD OHLY knowingly and intentionally distributed approximately 1,041 grams of a mixture or substance containing a detectable amount of methampethamine, a Schedule II controlled substance.

6

1

COUNT THREE

2

[21 U.S.C. § 841(a)(1)]

3      On or about July 5, 1994, in Riverside County, within the

4  Central District of California, defendant MIGUEL GUERRERO and

5  MICHAEL RICHARD OHLY knowingly and intentionally distributed

6  approximately 708 grams of a mixture or substance containing a

7  detectable amount of methampethamine, a Schedule II controlled

8  substance.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

1    COUNT FOUR

2    [18 U.S.C. § 924(c)]

3    On or about July 8, 1994, in Riverside County, within the

4    Central District of California, defendants MIGUEL GUERRERO and

5    MICHAEL RICHARD OHLY knowingly used and carried the following

6    firearms during and in relation to a drug trafficking crime,

7    namely, the manufacture of methamphetamine, in violation of 21

8    U.S.C. § 841(a)(1): a .40 caliber semiautomatic Iberia pistol; a

9    .22 caliber Smith and Wesson semiautomatic pistol; a .25 caliber

10   Raven semiautomatic pistol;  a 30-06 caliber Remington rifle; a

11   12 gauge Winchester shotgun; two .22 caliber RG revolvers; a 30-

12   06 caliber Kodiak rifle; and a 12 gauge Harrington and Richardson

13   sawed-off shotgun.

14

15                                A TRUE BILL

16

17   _____

18   Foreperson

19   NORA M. MANELLA
     United States Attorney

20                          I hereby attest and certify on  7/29/08
                            that the foregoing document is a full, true
                            and correct copy of the original on file in
21   RICHARD E. DROOYAN     my office, and in my legal custody.
     Assistant United States Attorney
22   Chief, Criminal Division   CLERK U.S. DISTRICT COURT
                                CENTRAL DISTRICT OF CALIFORNIA
23
                                DEPUTY CLERK
24   JEFFREY C. EGLASH                                  1081
     Assistant United States Attorney
     Chief, Criminal Complaints
25

26

27

28                              8

